# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WEBSOCK GLOBAL STRATEGIES LLC,**<br><br>Plaintiff,<br><br>*v.*<br><br>**TWILIO INC.,**<br><br>Defendant. | **CASE NO. 1:24-CV-01000-JLH**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff WEBSOCK GLOBAL STRATEGIES LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses **with prejudice** all claims by Plaintiff against Defendant TWILIO INC. Each party shall bear its own costs, expenses, and attorneys' fees. No party has filed an answer or motion for summary judgment in this action.

Date: September 18, 2024

Respectfully submitted,

*/s/ Antranig Garibian*
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice* forthcoming))
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***WebSock Global Strategies LLC***

SO ORDERED this __19th__ day of _____September_____ , 2024.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE